UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, JEFF SESSIONS,<br><br>        Defendants. | No. 2:18-cv-0245 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

        Plaintiff is a prisoner, proceeding pro se. Plaintiff's complaint was filed with the court on February 2, 2018. The court's own records reveal that on January 18, 2018, plaintiff filed a complaint containing virtually identical allegations. (No. 2:18-cv-0115 CKD).[1] On April 26, 2018, plaintiff filed an amended complaint in No. 2:18-cv-0115 CKD in which he added the United States as a defendant. Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

        Finally, the court notes that plaintiff has filed two motions asking that the court waive the filing fee for this case and provide plaintiff with $500 per month to "facilitate discovery and other advances." (ECF No. 5, 6.) Because the undersigned recommends that plaintiff's action be

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

dismissed as duplicative, the undersigned will also recommend that plaintiff's request to proceed in forma pauperis be denied, and no order for payment of filing fees will issue. As for plaintiff's request for a monthly stipend, plaintiff is advised that the court generally has no authority to provide funds to pro se litigants for discovery or other litigation expenses.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for funds (ECF No. 6) is denied;

2. The Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that:

1. Plaintiff's request to proceed in forma pauperis be denied; and

2. This action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 4, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hume0245.23

2